UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00606-RJC

| | |
|---|---|
| DENISE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Defendant's "Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)." (Doc. No. 14). Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. Plaintiff's counsel has consented to Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for reversal and remand is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 11), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: November 23, 2021

Robert J. Conrad, Jr.
United States District Judge