**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:20-cv-00606-RJC**

| | |
|---|---|
| **DENISE MILLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )  **Order** |
| **COMMISSIONER OF SOCIAL SECURITY ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees under

28 U.S.C. § 2412, the Equal Access to Justice Act. (Doc. No. 17). Defendant does not object to

Plaintiff's Motion. (Doc. No. 20). Accordingly, the Court orders as follows:

1.  That the Social Security Administration shall pay $4,833.24 in attorney fees and $ $421.15

    in costs to the plaintiff in full settlement and satisfaction of any and all claims for attorney

    fees for legal services rendered under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.

    § 2412(d).

2.  With respect to Plaintiff's signed assignment of EAJA fees to her attorney, in accordance

    with *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521 (2010), the Commissioner will

    determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied

    first and, if any funds remain, they will be made payable to Plaintiff and mailed to

    Plaintiff's counsel. If the Department of the Treasury reports to the Commissioner that the

    Plaintiff does not owe a federal debt, the government will exercise its discretion and honor

    the assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees, (Doc. No. 17), is **GRANTED**.

Signed: March 7, 2022

Robert J. Conrad, Jr.
United States District Judge